United States Courts
Southern District of Texas
FILED

*September 20, 2023*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
*Newport News Division*



FILED
IN OPEN COURT

SEP 11 2023

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CORTEZ DAYSHAWN BUMPHUS** | ) |
| a/k/a "Co" | ) |
| (Counts 1, 2, 3, 9, 10, 11, 12, 13) | ) |
| | ) |
| **DONTAE LAMONT DOZIER** | ) |
| a/k/a "2 Chains" | ) |
| (Count 1, 2, 3, 4, 5, 6, 7, 8) | ) |
| | ) |
| **ZURI ANTHONY DRE'-OLIVER** | ) |
| **REEVES** | ) |
| a/k/a "Zu" a/k/a "ZuWaap" | ) |
| (Counts 1, 2, 3, 14, 15, 16, 17) | ) |
| | ) |
| **AMANDA BELL** | ) |
| (Counts 2, 3, 18, 19) | ) |
| | ) |
| **DILQUON BEST** | ) |
| a/k/a "Quon" a/k/a "DQ" | ) |
| (Counts 1, 2, 3, 20, 21) | ) |
| | ) |
| **STEPFON LAMOUNT BUMPHUS** | ) |
| a/k/a "Fon" | ) |
| (Counts 2, 3, 22, 23) | ) |
| | ) |
| **DAMIAN DESHAWN GAY** | ) |
| a/k/a "Hatch" | ) |
| (Count 2, 3, 24, 25, 26, 27) | ) |
| | ) |
| **ANDREA HUNT** | ) |
| (Count 2, 28, 29) | ) |
| | ) |
| **ERVIN ORLANDO LINARES** | ) |
| a/k/a "Erv" | ) |
| (Counts 2, 3, 30, 31, 32) | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**UNDER SEAL**
**CRIMINAL NO. 4:23CR54**

**4:23-mj-1924**

**21 U.S.C. § 848**
**Continuing Criminal Enterprise**
**(Count 1)**

**21 U.S.C. §§ 846 and 841**
**Conspiracy to Distribute and Possess with**
**Intent to Distribute Marijuana, Cocaine,**
**Fentanyl, Oxycodone and Cocaine Base**
**(Count 2)**

**18 U.S.C. § 1956(h)**
**Conspiracy to Launder Money**
**(Count 3)**

**21 U.S.C. § 841(a)(1)**
**Distribute Fentanyl and Marijuana**
**(Counts 4, 9, 14, 18, 20, 22, 24, 30, 33, 38,**
**41, 44, 50, 52, 55, 60, 66, 69, 72, 74)**

**21 U.S.C. § 856(a)(2)**
**Maintaining a Drug Involved Premises**
**(Count 7, 12, 42)**

**18 U.S.C. § 924(c)**
**Possess Firearm During Drug Trafficking**
**(Counts 5, 6, 11, 15, 16, 26, 35, 36, 45, 46,**
**56, 57)**

**18 U.S.C. § 922(g)(1)**
**Felon in Possession of Firearm**
**(Count 10)**

**18 U.S.C. § 1503**
**Obstruction of Justice**
**(Count 29)**

BRANDON LAMAR MARTIN
a/k/a "Lil B"
(Counts 2, 3, 33, 34, 35, 36, 37)

CARL EUGENE MITCHELL, JR.
a/k/a "Lil Man"
(Counts 2, 3, 38, 39, 40)

EARVIN JEROME MOORE
a/k/a "Gooch"
(Counts 2, 3, 41, 42, 43)

FREDDIE JAMAUL MOORE
a/k/a "Goons"
(Counts 2, 3, 44, 45, 46, 47)

DOMINIQUE MCKENZIE OSBORNE
(Counts 2, 3, 48)

RAHKIM ONEIL PERRY
a/k/a "Rahk"
(Counts 2, 3, 49, 50, 51)

GRACIELA RUIZ-BERNABE
a/k/a "Grace"
(Counts 2, 3, 52, 53)

NATHAN CALEB SCHLOSSER-
GOODSON
a/k/a "Nasty"
(Counts 2, 3, 54, 55, 56, 57)

CAMILLE LACHE SMITH
(Counts 2, 3, 58)

ANASTASIA SUYAS
(Count 2, 3, 59)

NYRA TAYLOR
(Counts 2, 3, 60, 61, 62)

CHRISTINA MICHELE THOMPSON
(Counts 2, 3, 63)

21 U.S.C. 843(b)
Use of a Communication Facility in
Furtherance of Drug Trafficking
(Counts 8, 13, 17, 19, 21, 23, 25, 28, 32, 34,
39, 43, 47, 48, 49, 54, 58, 59, 61, 63, 65, 67,
70, 73, 75)

18 U.S.C. § 1952
Interstate Travel in Aid of Racketeering
(Counts 27, 31, 37, 40, 51, 53, 62, 64, 68, 71,
76)

18 U.S.C. §§ 924(d), 982(a)(1); 21 U.S.C.
§ 853; 28 U.S.C. § 2461
Forfeiture Allegation

TERRANCE LEONARD VICK )
a/k/a "V" )
(Counts 2, 3, 64, 65) )
)
THADDEUS WILLIAMS IV )
a/k/a "Thad" )
(Counts 2, 3, 66, 67, 68) )
)
KOREA WOODS )
(Counts 2, 3, 69, 70, 71) )
)
GUANG YANG )
a/k/a "Ryan" )
(Counts 2, 3, 72, 73) )
)
ALICIA ZAMORA )
(Counts 2, 3, 74, 75, 76) )
)
)

## <u>SUPERSEDING INDICTMENT</u>

September 2023 - at Newport News, Virginia

### <u>COUNT ONE</u>

THE GRAND JURY CHARGES THAT:

Between 2017 and 2023, within the Eastern District of Virginia and elsewhere, the defendants, **CORTEZ DAYSHAWN BUMPHUS a/k/a "Co", DONTAE LAMONT DOZIER a/k/a "2 Chains", DILQUON BEST and ZURI ANTHONY DRE'-OLIVER REEVES a/k/a "Zu" a/k/a "ZuWaap"** did engage in a continuing criminal enterprise by committing a continuing series of felony violations of Title 21, United States Code Section 841(a)(1), which continuing series of violations was undertaken by defendant in concert with at least five other persons with respect to whom defendant occupied a position as organizer, a supervisory position, and some other position of management, and from which continuing series of violations defendant obtained substantial income and resources. The continuing series of violations

undertaken by defendants **CORTEZ DAYSHAWN, DONTAE LAMONT DOZIER DILQUON BEST and BUMPHUS ZURI ANTHONY DRE'-OLIVER REEVES** included but was not limited to the conduct in Count Two of this indictment which is incorporated by reference in this count.

    (In violation of Title 21, United States Code, Section 848.)

.

## COUNT TWO

THE GRAND JURY CHARGES THAT:

On or about or between 2017 and 2023, in the Eastern District of Virginia and elsewhere, the defendants, **AMANDA BELL, DILQUON BEST a/k/a "Quon" a/k/a "DQ", CORTEZ DAYSHAWN BUMPHUS a/k/a "Co" , STEPFON LAMOUNT BUMPHUS a/k/a "Fon", DONTAE LAMONT DOZIER a/k/a "2 Chains", DAMIAN DESHAWN GAY a/k/a "Hatch", ANDREA HUNT, ERVIN ORLANDO LINARES a/k/a "Erv", BRANDON LAMAR MARTIN a/k/a "Lil B", CARL EUGENE MITCHELL, JR. a/k/a "Lil Man", EARVIN JEROME MOORE a/k/a "Gooch", FREDDIE JAMAUL MOORE a/k/a "Goons", DOMINIQUE MCKENZIE OSBORNE, RAHKIM ONEIL PERRY a/k/a "Rahk", ZURI ANTHONY DRE'-OLIVER REEVES a/k/a "Zu" a/k/a "ZuWaap", GRACIELA RUIZ-BERNABE a/k/a "Grace", NATHAN CALEB SCHLOSSER-GOODSON a/k/a "Nasty", CAMILLE LACHE SMITH, ANASTASIA SUYAS, NYRA TAYLOR, CHRISTINA MICHELE THOMPSON, TERRANCE LEONARD VICK a/k/a "V", THADDEUS WILLIAMS IV a/k/a "Thad", KOREA WOODS, GUANG YANG a/k/a "Ryan", and ALICIA ZAMORA** did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together with other persons known and unknown to the grand jury to commit the following offenses against the United States:

       1.     Distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

2.      Possess with intent to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

3.      Distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

4.      Possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

5.      Distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

6.      Possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

7.      Distribute a mixture or substance containing a detectable amount of oxycodone, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

8.      Possess with intent to distribute a mixture or substance containing a detectable amount of oxycodone, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

9.     Possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

10.     Possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

(All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)).

<u>COUNT THREE</u>

THE GRAND JURY FURTHER CHARGES THAT:

Beginning in or about 2017 through 2023, in the Eastern District of Virginia and elsewhere, **AMANDA BELL, DILQUON BEST a/k/a "Quon" a/k/a "DQ", CORTEZ DAYSHAWN BUMPHUS a/k/a "Co" , STEPFON LAMOUNT BUMPHUS a/k/a "Fon", DONTAE LAMONT DOZIER a/k/a "2 Chains", DAMIAN DESHAWN GAY a/k/a "Hatch", ERVIN ORLANDO LINARES a/k/a "Erv", BRANDON LAMAR MARTIN a/k/a "Lil B", CARL EUGENE MITCHELL, JR. a/k/a "Lil Man", EARVIN JEROME MOORE a/k/a "Gooch", FREDDIE JAMAUL MOORE a/k/a "Goons", DOMINIQUE MCKENZIE OSBORNE, RAHKIM ONEIL PERRY a/k/a "Rahk", ZURI ANTHONY DRE'-OLIVER REEVES a/k/a "Zu" a/k/a "ZuWaap", GRACIELA RUIZ-BERNABE a/k/a "Grace", NATHAN CALEB SCHLOSSER-GOODSON a/k/a "Nasty", CAMILLE LACHE SMITH, ANASTASIA SUYAS, NYRA TAYLOR, CHRISTINA MICHELE THOMPSON, TERRANCE LEONARD VICK a/k/a "V", THADDEUS WILLIAMS IV a/k/a "Thad", KOREA WOODS, GUANG YANG a/k/a "Ryan", and ALICIA ZAMORA** the defendants herein, did knowingly, willfully, and unlawfully combine conspire, confederate and agree with each other and other persons, both known and unknown, to knowingly, willfully, and unlawfully conduct, attempt to conduct, and cause to be conducted financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute narcotics, in violation of Title 21, United States Code, Section 846, with the intent to conceal and disguise the carrying on of specified unlawful activity, that is, conspiracy to distribute marijuana, fentanyl, oxycodone cocaine base and cocaine in violation of Title 21, United States Code, Section 846, and that, while conducting and attempting to conduct

such financial transactions, the defendants knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

(All in violation of Title 18, United States Code, Section 1956(h))

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 8, 2023, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **DONTAE LAMONT DOZIER a/k/a "2 Chains"**, did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 8, 2023, in the Eastern District of Virginia and elsewhere, the defendant **DONTAE LAMONT DOZIER a/k/a "2 Chains"**, unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute marijuana, a Schedule I narcotic controlled substance.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 29, 2023, in the Eastern District of Virginia and elsewhere, the defendant **DONTAE LAMONT DOZIER a/k/a "2 Chains"**, unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: conspiracy to possess with intent to distribute narcotics as charged in Count Two of the indictment.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about or between 2017 and 2023, in the Eastern District of Virginia, the defendant **DONTAE LAMONT DOZIER a/k/a "2 Chains",** did unlawfully and knowingly manage, and control real property and improvements located at 10103 Jefferson Ave., Newport News, Virginia, as an owner and occupant, and did knowingly and intentionally make available for use said place for the purpose of unlawfully manufacturing, storing, distributing, and using a controlled substance.

(All in violation of Title 21, United States Code, Section 856(a)(2))

<u>COUNT EIGHT</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about  August 18, 2022, in the Eastern District of Virginia, the defendant, **DONTAE LAMONT DOZIER a/k/a "2 Chains"**, did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

COUNT NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 5, 2023, in the Eastern District of Virginia and elsewhere, the defendant,

**CORTEZ DAYSHAWN BUMPHUS a/k/a "Co"** did unlawfully, knowingly and intentionally

possess with intent to distribute a substance containing a detectable amount of marijuana, a

Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D))

## COUNT TEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 5, 2023, in the Eastern District of Virginia and elsewhere, the defendant **CORTEZ DAYSHAWN BUMPHUS a/k/a "Co"**, knowing that he had been previously convicted of a felony crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess, in and affecting interstate or foreign commerce, a firearm, to wit: a Ruger 5.7 pistol, a Glock 22 handgun, a Glock 17 handgun, and a Smith and Wesson 9mm handgun.

(In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)).

<u>COUNT ELEVEN</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 5, 2023, in the Eastern District of Virginia and elsewhere, the defendant **CORTEZ DAYSHAWN BUMPHUS a/k/a "Co"**, unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute marijuana, a Schedule I controlled substance.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

<u>COUNT TWELVE</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 5, 2023, in the Eastern District of Virginia and elsewhere, the defendant **CORTEZ DAYSHAWN BUMPHUS a/k/a "Co"**, did unlawfully and knowingly use and maintain a place located at 5124 Goldsboro Drive, #7, Hampton, VA for the purpose of manufacturing, distributing, and using marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 856)

## COUNT THIRTEEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 15, 2023, in the Eastern District of Virginia, the defendant, **CORTEZ DAYSHAWN BUMPHUS a/k/a "Co,"** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

<u>COUNT FOURTEEEN</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 2, 2023, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **ZURI ANTHONY DRE'-OLIVER REEVES a/k/a "Zu" a/k/a "ZuWaap",** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT FIFTEEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 26, 2022, in the Eastern District of Virginia and elsewhere, the

defendant **ZURI ANTHONY DRE'-OLIVER REEVES a/k/a "Zu" a/k/a "ZuWaap"**,

unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for

which he may be prosecuted in a court of the United States, to wit: possession with intent to

distribute marijuana, a Schedule I narcotic controlled substance.

(In violation of Title 18, United States Code, Section 924(c)(1)(A).)

## COUNT SIXTEEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 1, 2023, in the Eastern District of Virginia and elsewhere, the defendant **ZURI ANTHONY DRE'-OLIVER REEVES a/k/a "Zu" a/k/a "ZuWaap",** unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: conspiracy to possess with intent to distribute narcotics as charged in Count Two of the indictment.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT SEVENTEEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about  January 9, 2023, in the Eastern District of Virginia, the defendant, **ZURI ANTHONY DRE'-OLIVER REEVES a/k/a "Zu" a/k/a "ZuWaap",** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT EIGHTEEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 2, 2023, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **AMANDA BELL,** did unlawfully, knowingly and intentionally distribute a substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

## COUNT NINETEEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 11, 2023, in the Eastern District of Virginia, the defendant, **AMANDA BELL,** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT TWENTY

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 6, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **DILQUON BEST a/k/a "Quon" a/k/a "DQ",** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

<u>COUNT TWENTY-ONE</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about  May 3, 2023, in the Eastern District of Virginia, the defendant, **DILQUON BEST a/k/a "Quon" a/k/a "DQ",**  did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

<u>COUNT TWENTY-TWO</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 2, 2023, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **STEPFON LAMOUNT BUMPHUS a/k/a "Fon",** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).)

## COUNT TWENTY-THEE

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 20, 2022, in the Eastern District of Virginia, the defendant,

**STEPFON LAMOUNT BUMPHUS a/k/a "Fon",** did unlawfully, knowingly, and intentionally

use a communication facility, that is, a telephone, in causing, committing, and facilitating the

commission of an act constituting a felony violation of Title 21 of the United States Code,

including but not limited to, possessing controlled substances with intent to distribute and

distributing controlled substances, in violation of Title 21, United States Code, Section 841, as

charged in this indictment, and conspiracy to distribute and possess with intent to distribute

controlled substances, in violation of Title 21, United States Code, 846, as charged in this

indictment:

(All in violation of Title 21, United States Code, Section 843(b))

<u>COUNT TWENTY-FOUR</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about September 21, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **DAMIAN DESHAWN GAY a/k/a "Hatch",** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).)

## COUNT TWENTY-FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 20, 2022, in the Eastern District of Virginia, the defendant,

**DAMIAN DESHAWN GAY a/k/a "Hatch",** did unlawfully, knowingly, and intentionally use a

communication facility, that is, a telephone, in causing, committing, and facilitating the

commission of an act constituting a felony violation of Title 21 of the United States Code,

including but not limited to, possessing controlled substances with intent to distribute and

distributing controlled substances, in violation of Title 21, United States Code, Section 841, as

charged in this indictment, and conspiracy to distribute and possess with intent to distribute

controlled substances, in violation of Title 21, United States Code, 846, as charged in this

indictment:

(All in violation of Title 21, United States Code, Section 843(b))

COUNT TWENTY-SIX

THE GRAND JURY FURTHER CHARGES THAT:

    On or about September 21, 2022, in the Eastern District of Virginia and elsewhere, the defendant **DAMIAN DESHAWN GAY a/k/a "Hatch",** unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute marijuana, a Schedule I narcotic controlled substance.

    (In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT TWENTY-SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about the January 20, 2021, in the Eastern District of Virginia and elsewhere, defendant **DAMIAN DESHAWN GAY a/k/a "Hatch",** traveled in interstate commerce from the State of California, to the State of Virginia with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(In violation of Title 18, United States Code, §1952(a)(3))

COUNT TWENTY-EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 10, 2022, in the Eastern District of Virginia, the defendant, **ANDREA HUNT,** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT TWENTY-NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about the November 10, 2022 in the Eastern District of Virginia, the defendant, **ANDREA HUNT,** did corruptly obstruct and impede or endeavor to influence, obstruct and impede the due administration of justice a federal grand jury in the Eastern  District of Virginia by informing **ZURI ANTHONY DRE'-OLIVER REEVES a/k/a "Zu" a/k/a "ZuWaap"** that he was the target of an ongoing investigation.

(In violation of Title 18, United States Code, Section 1503)

## COUNT THIRTY

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 19, 2023, in the Eastern District of Virginia and elsewhere, the defendant, **ERVIN ORLANDO LINARES a/k/a "Erv",** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).)

## COUNT THIRTY-ONE

THE GRAND JURY FURTHER CHARGES THAT:

On or about the March 19, 2023, in the Eastern District of Virginia and elsewhere, defendant **ERVIN ORLANDO LINARES a/k/a "Erv",** traveled in interstate commerce from the State of California to the State of Virginia with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(In violation of Title 18, United States Code, §1952(a)(3))

## COUNT THIRTY-TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 23, 2022, in the Eastern District of Virginia, the defendant, **ERVIN ORLANDO LINARES a/k/a "Erv",** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT THIRTY-THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 29, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **BRANDON LAMAR MARTIN a/k/a "Lil B",** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).)

## COUNT THIRTY-FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 23, 2022, in the Eastern District of Virginia, the defendant,

**BRANDON LAMAR MARTIN a/k/a "Lil B",** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT THIRTY-FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 7, 2022, in the Eastern District of Virginia and elsewhere, the defendant **BRANDON LAMAR MARTIN a/k/a "Lil B,"** unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute marijuana, a Schedule I narcotic controlled substance.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT THIRTY-SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 25, 2022, in the Eastern District of Virginia and elsewhere, the defendant **BRANDON LAMAR MARTIN a/k/a "Lil B,"** unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute marijuana, a Schedule I narcotic controlled substance.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT THIRTY-SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about the October 28, 2022, in the Eastern District of Virginia and elsewhere, defendant **BRANDON LAMAR MARTIN a/k/a "Lil B",** traveled in interstate commerce from the State of Virginia to the State of California, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(In violation of Title 18, United States Code, §1952(a)(3))

## COUNT THIRTY-EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 22, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **CARL EUGENE MITCHELL, JR. a/k/a "Lil Man",** did unlawfully, knowingly and intentionally distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT THIRTY-NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about  March 23, 2022, in the Eastern District of Virginia, the defendant, **CARL EUGENE MITCHELL, JR. a/k/a "Lil Man",** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT FORTY

THE GRAND JURY FURTHER CHARGES THAT:

On or about the December 23, 2022, in the Eastern District of Virginia and elsewhere, defendant **CARL EUGENE MITCHELL, JR. a/k/a "Lil Man",** traveled in interstate commerce from the State of California to the State of Virginia, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(In violation of Title 18, United States Code, §1952(a)(3))

## COUNT FORTY-ONE

THE GRAND JURY FURTHER CHARGES THAT:

On or about June 14, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **EARVIN JEROME MOORE a/k/a "Gooch",** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).)

## COUNT FORTY-TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about or between 2022 and 2023, in the Eastern District of Virginia, the defendant **EARVIN JEROME MOORE a/k/a "Gooch",** did unlawfully and knowingly manage, and control real property and improvements located at Extra Space Storage, as a renter and occupant, and did knowingly and intentionally make available for use said place for the purpose of unlawfully manufacturing, storing, distributing, and using a controlled substance.

(All in violation of Title 21, United States Code, Section 856(a)(2))

## COUNT FORTY-THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about  July 24, 2022, in the Eastern District of Virginia, the defendant, **EARVIN JEROME MOORE a/k/a "Gooch",** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT FORTY-FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 3, 2023, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **FREDDIE JAMAUL MOORE a/k/a "Goons,"** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).)

## COUNT FORTY-FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 3, 2023, in the Eastern District of Virginia and elsewhere, the defendant **FREDDIE JAMAUL MOORE a/k/a "Goons",** unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute marijuana, a Schedule I narcotic controlled substance.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT FORTY-SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or August 11, 2023, in the Eastern District of Virginia and elsewhere, the defendant

**FREDDIE JAMAUL MOORE a/k/a "Goons",** unlawfully and knowingly possessed a firearm,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the

United States, to wit: possession with intent to distribute marijuana, a Schedule I narcotic

controlled substance.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT FORTY-SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 9, 2022, 2022, in the Eastern District of Virginia, the defendant,

**FREDDIE JAMAUL MOORE a/k/a "Goons",** did unlawfully, knowingly, and intentionally

use a communication facility, that is, a telephone, in causing, committing, and facilitating the

commission of an act constituting a felony violation of Title 21 of the United States Code,

including but not limited to, possessing controlled substances with intent to distribute and

distributing controlled substances, in violation of Title 21, United States Code, Section 841, as

charged in this indictment, and conspiracy to distribute and possess with intent to distribute

controlled substances, in violation of Title 21, United States Code, 846, as charged in this

indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT FORTY-EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about  August 8, 2022, in the Eastern District of Virginia, the defendant,

**DOMINIQUE MCKENZIE OSBORNE,**   did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT FORTY-NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about  July 29, 2022, in the Eastern District of Virginia, the defendant, **RAHKIM ONEIL PERRY a/k/a "Rahk",**  did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT FIFTY

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 2, 2022, in the Eastern District of Virginia and elsewhere, the defendant, **RAHKIM ONEIL PERRY a/k/a "Rahk",** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT FIFTY-ONE

THE GRAND JURY FURTHER CHARGES THAT:

On or about the October 2, 2022, in the Eastern District of Virginia and elsewhere, defendant **RAHKIM ONEIL PERRY a/k/a "Rahk",** traveled in interstate commerce from the State of California to the State of Virginia, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(In violation of Title 18, United States Code, §1952(a)(3))

## COUNT FIFTY-TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 20, 2023, in the Eastern District of Virginia and elsewhere, the defendant, **GRACIELA RUIZ-BERNABE a/k/a "Grace,"** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).)

## COUNT FIFTY-THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about the May 20, 2023, in the Eastern District of Virginia and elsewhere, defendant **GRACIELA RUIZ-BERNABE a/k/a "Grace",** traveled in interstate commerce from the State of California to the State of Virginia, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(In violation of Title 18, United States Code, §1952(a)(3))

## COUNT FIFTY-FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 2, 2022, in the Eastern District of Virginia, the defendant,

**NATHAN CALEB SCHLOSSER-GOODSON a/k/a "Nasty",** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT FIFTY-FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 2, 2023, in the Eastern District of Virginia and elsewhere, the defendant,

**NATHAN CALEB SCHLOSSER-GOODSON a/k/a "Nasty,"** did unlawfully, knowingly and

intentionally possess with intent to distribute a substance containing a detectable amount of

marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT FIFTY-SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about February 22, 2023, in the Eastern District of Virginia and elsewhere, the defendant **NATHAN CALEB SCHLOSSER-GOODSON a/k/a "Nasty",** unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute marijuana, a Schedule I narcotic controlled substance.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT FIFTY-SEVEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 2, 2023, in the Eastern District of Virginia and elsewhere, the defendant **NATHAN CALEB SCHLOSSER-GOODSON a/k/a "Nasty",** unlawfully and knowingly possessed a firearm, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute marijuana, a Schedule I narcotic controlled substance.

(In violation of Title 18, United States Code, Section 924(c)(1)(A)).

## COUNT FIFTY-EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about  May 18, 2023, in the Eastern District of Virginia, the defendant, **CAMILLE LACHE SMITH,** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT FIFTY-NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 19, 2022, in the Eastern District of Virginia, the defendant,

**ANASTASIA SUYAS** , did unlawfully, knowingly, and intentionally use a communication

facility, that is, a telephone, in causing, committing, and facilitating the commission of an act

constituting a felony violation of Title 21 of the United States Code, including but not limited to,

possessing controlled substances with intent to distribute and distributing controlled substances,

in violation of Title 21, United States Code, Section 841, as charged in this indictment, and

conspiracy to distribute and possess with intent to distribute controlled substances, in violation of

Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT SIXTY

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 26, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **NYRA TAYLOR** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.


(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT SIXTY-ONE

THE GRAND JURY FURTHER CHARGES THAT:

On or about  July 26, 2022, in the Eastern District of Virginia, the defendant, **NYRA TAYLOR,**  did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT SIXTY-TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about the July 26, 2022, in the Eastern District of Virginia and elsewhere, defendant **NYRA TAYLOR** traveled in interstate commerce from the State of Virginia to the State of California, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(In violation of Title 18, United States Code, §1952(a)(3))

## COUNT SIXTY-THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about  October 6, 2022, in the Eastern District of Virginia, the defendant,

**CHRISTINA MICHELE THOMPSON,**   did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT SIXTY-FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about the May 12, 2023, in the Eastern District of Virginia and elsewhere, defendant **TERRANCE LEONARD VICK a/k/a "V",** traveled in interstate commerce from the State of Virginia to the State of California, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(In violation of Title 18, United States Code, §1952(a)(3))

## COUNT SIXTY-FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about  May 12, 2023, in the Eastern District of Virginia, the defendant,

**TERRANCE LEONARD VICK a/k/a "V",** did unlawfully, knowingly, and intentionally use a

communication facility, that is, a telephone, in causing, committing, and facilitating the

commission of an act constituting a felony violation of Title 21 of the United States Code,

including but not limited to, possessing controlled substances with intent to distribute and

distributing controlled substances, in violation of Title 21, United States Code, Section 841, as

charged in this indictment, and conspiracy to distribute and possess with intent to distribute

controlled substances, in violation of Title 21, United States Code, 846, as charged in this

indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT SIXTY-SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 16, 2023, in the Eastern District of Virginia and elsewhere, the defendant, **THADDEUS WILLIAMS IV a/k/a "Thad",** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).)

<u>COUNT SIXTY-SEVEN</u>

THE GRAND JURY FURTHER CHARGES THAT:

On or about  March 24, 2022, in the Eastern District of Virginia, the defendant,

**THADDEUS WILLIAMS IV a/k/a "Thad",** did unlawfully, knowingly, and intentionally use

a communication facility, that is, a telephone, in causing, committing, and facilitating the

commission of an act constituting a felony violation of Title 21 of the United States Code,

including but not limited to, possessing controlled substances with intent to distribute and

distributing controlled substances, in violation of Title 21, United States Code, Section 841, as

charged in this indictment, and conspiracy to distribute and possess with intent to distribute

controlled substances, in violation of Title 21, United States Code, 846, as charged in this

indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT SIXTY-EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about the January 16, 2023, in the Eastern District of Virginia and elsewhere, defendant **THADDEUS WILLIAMS IV a/k/a "Thad",** traveled in interstate commerce from the State of Virginia to the State of California, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(In violation of Title 18, United States Code, §1952(a)(3))

## COUNT SIXTY-NINE

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 5, 2022, in the Eastern District of Virginia and elsewhere, the

defendant, **KOREA WOODS,** did unlawfully, knowingly and intentionally possess with intent

to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled

substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT SEVENTY

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 2, 2022, in the Eastern District of Virginia, the defendant, **KOREA WOODS,** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT SEVENTY-ONE

THE GRAND JURY FURTHER CHARGES THAT:

On or about the October 2, 2022, in the Eastern District of Virginia and elsewhere, defendant **KOREA WOODS,** traveled in interstate commerce from the State of Virginia to the State of California, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(In violation of Title 18, United States Code, §1952(a)(3))

## COUNT SEVENTY-TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 1, 2022, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant, **GUANG YANG a/k/a "Ryan",** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).)

## COUNT SEVENTY-THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 12, 2022, in the Eastern District of Virginia, the defendant, **GUANG YANG a/k/a "Ryan",** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT SEVENTY-FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 11, 2023, in Newport News, Virginia, in the Eastern District of Virginia and elsewhere, the defendant **ALICIA ZAMORA** did unlawfully, knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of marijuana, a Schedule I controlled substance.

(All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).)

## COUNT SEVENTY-FIVE

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 5, 2022, in the Eastern District of Virginia, the defendant, **ALICIA ZAMORA,** did unlawfully, knowingly, and intentionally use a communication facility, that is, a telephone, in causing, committing, and facilitating the commission of an act constituting a felony violation of Title 21 of the United States Code, including but not limited to, possessing controlled substances with intent to distribute and distributing controlled substances, in violation of Title 21, United States Code, Section 841, as charged in this indictment, and conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, 846, as charged in this indictment:

(All in violation of Title 21, United States Code, Section 843(b))

## COUNT SEVENTY-SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about the January 11, 2023, in the Eastern District of Virginia and elsewhere, defendant **ALICIA ZAMORA,** traveled in interstate commerce from the State of California to the State of Virginia, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

(In violation of Title 18, United States Code, §1952(a)(3))

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

      1.     The defendants, if convicted of the violation alleged in Count 3 of this superseding indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any property, real or personal, involved in the violation, or any property traceable to that property.

      2.     The defendants, if convicted of any of the violations alleged in Counts 1, 2, 4, 7, 8, 9, 12, 13, 14, 19, 20, 21, 22, 23, 24, 25, 28, 30, 32, 33, 34, 38, 39, 41, 42, 43, 44, 47, 48, 49, 50, 52, 54, 55, 58, 59, 60, 61, 63, 65, 66, 69, 70, 72, 73, 74 and 75 of this superseding indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

      a.     Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation; and

      b.     Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation.

      3.     The defendants, if convicted of any of the violations alleged in this superseding indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

      4.     The defendants, if convicted of any of the violations alleged in Counts of 27, 29, 31, 37, 40, 51, 53, 62, 64, 68, 71, and 76 this superseding indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal

Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

     5.     If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

     6.     The assets subject to forfeiture include, but are not limited to:

a.   A Smith & Wesson 9mm handgun with serial # TDB0660;

b.   A Ruger 5.7 handgun with serial # 641-85852;

c.   A Glock 22 firearm with serial # BSRD355;

d.   A Glock 17 firearm with serial # BUNM504;

e.   All ammunition seized from a residence in Yorktown, Virginia on July 5, 2023;

f.   All ammunition seized from an apartment in Hampton, Virginia on July 5, 2023;

g.   A maroon 2022 Jeep Grand Wagoneer with VIN # 1C4SJVAT1NS196604;

h.   $27,340 in U.S. currency seized from a residence in Yorktown, Virginia on July 5, 2023;

i.   $34,304 in U.S. currency seized from an apartment in Hampton, Virginia on July 5, 2023;

j.   Miscellaneous designer accessories and shoes seized from a residence in Yorktown, Virginia on July 5, 2023;

k.   Real property and improvements located at 2426 Sanderson Road, Chesapeake, VA; and

1. Real property and improvements located at 42 Moss Avenue, Hampton, VA.

(In accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C), and 982(a)(1); and Title 28, United States Code, Section 2461(c).)

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

UNITED STATES V. **CORTEZ DAYSHAWN BUMPHUS**, ET AL. *4:23CR54*

A TRUE BILL:

REDACTED COPY

_____

FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____

Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606